Andrew F. Halaby (#017251)
ahalaby@swlaw.com
Andrew C. Stone (#026543)
astone@swlaw.com
Ahron Cohen (#028602)
acohen@swlaw.com
**SNELL & WILMER LLP**
One Arizona Center
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Fax: (602) 382-6070

Kenneth A. Liebman (Minn. No. 236731)
(admitted *pro hac vice*)
ken.liebman@FaegreBD.com
David J. F. Gross (Minn. No. 208772)
(admitted *pro hac vice*)
david.gross@FaegreBD.com
Timothy E. Grimsrud (Minn. No. 34283X)
(admitted *pro hac vice*)
tim.grimsrud@FaegreBD.com
Elizabeth Cowan Wright (Minn. No. 387126)
(admitted *pro had vice*)
elizabeth.cowanwright@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:  (612) 766-7000
Fax:  (612) 766-1600

*Attorneys for Plaintiff*
TSI, Incorporated

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| TSI, Incorporated, a Minnesota corporation, | Case No. 2:12-cv-00083-DGC |
| Plaintiff, | **JOINT SUBMISSION ON MODEL ORDER FOR E-DISCOVERY** |
| vs. | |
| Azbil BioVigilant, Inc., a Delaware corporation, | |
| Defendant. | |

Pursuant to the Court's Order of August 31, 2012 (Docket Number 59), the parties submit this joint memorandum regarding the Federal Circuit's model order for e-discovery. The parties believe that the proposed order attached as Exhibit A would be appropriate for discovery of electronically stored information, including, in particular, discovery of e-mails. The proposed order is based on the Federal Circuit's model order and includes a few additional details, such as targeted dates for exchanging search terms and producing e-mails. The proposed order also allows for the identification of up to 10 custodians and 10 search terms per custodian, which are the limits the parties previously agreed to in their Stipulated Electronic Discovery Protocol (*See* Docket No. 34-1, filed 06/06/12).

The parties believe good cause exists for entry of the proposed order because it is in the interest of efficient discovery. Accordingly, the parties respectfully request that the Court enter the proposed order for discovery in this case.

| | |
|---|---|
| Dated: September 13, 2012 | Respectfully submitted, |
| By *s/Michael V. Solomita* *(with permission)* | By: *s/Timothy E. Grimsrud* |
| Michael V. Solomita (New York No. 2881308) | Kenneth A. Liebman (Minn. No. 236731) |
| (*Admitted Pro Hac Vice*) | (admitted *pro hac vice*) |
| msolomita@arelaw.com | ken.liebman@FaegreBD.com |
| Brian A. Comack (New York No. 2973519) | David J. F. Gross (Minn. No. 208772) |
| (*Admitted Pro Hac Vice*) | (admitted *pro hac vice*) |
| bcomack@arelaw.com | david.gross@FaegreBD.com |
| | Timothy E. Grimsrud (Minn. No. 34283X) |
| | (admitted *pro hac vice*) |
| | tim.grimsrud@FaegreBD.com |
| | Elizabeth Cowan Wright (Minn. No. 387126) |
| **AMSTER, ROTHSTEIN & EBENSTEIN LLP** | (admitted *pro had vice*) |
| 90 Park Avenue | elizabeth.cowanwright@FaegreBD.com |
| New York, NY 10016 | |
| Telephone: (212) 336-8000 | **FAEGRE BAKER DANIELS LLP** |
| Facsimile: (212) 336-8001 | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402-3901 |
| Sean D. Garrison (#014436) | Telephone: (612) 766-7000 |
| SGarrison@LRLaw.com | Fax: (612) 766-1600 |
| W. Brent Ramussen (#028033) | |
| BRamussen@LRLaw.com | Andrew F. Halaby (#017251) |
| | ahalaby@swlaw.com |
| **LEWIS AND ROCA LLP** | Andrew C. Stone (#026543) |
| 40 N. Central Avenue, 19th Floor | astone@swlaw.com |
| Phoenix, Arizona 85004-4429 | Ahron Cohen (#028602) |
| Telephone: (602) 262-5311 | acohen@swlaw.com |
| Facsimile: (602) 262-5747 | |
| | **SNELL & WILMER LLP** |
| | One Arizona Center |
| *Attorneys for Defendant Azbil BioVigilant, Inc.* | 400 East Van Buren Street |
| | Phoenix, AZ 85004-2202 |
| | Telephone: (602) 382-6000 |
| | Fax: (602) 382-6070 |
| | |
| | *Attorneys for Plaintiff TSI, Incorporated* |

15813480