**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TSI Incorporated,<br><br>              Plaintiff,<br><br>v.<br><br>Azbil BioVigilant Incorporated,<br><br>              Defendant. | No. CV-12-00083-PHX-DGC<br><br>**SUPPLEMENTAL ORDER** |

The Court, with the assistance of counsel, has been able to locate the documents referenced as "missing" in the Court's Order (Doc. 219), footnotes 2, 3, and 4.

**IT IS ORDERED** that the Clerk is directed to accept for filing under seal the documents lodged as Doc. 177 and 181.

Dated this 6th day of March, 2014.

_____
David G. Campbell
United States District Judge